UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) <br> for the use and benefit of PRN ) <br> ASSOCIATES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> K & S ENTERPRISES, INC., MID-STATE ) <br> SURETY CORPORATION and ) <br> FOLKSAMERICA REINSURANCE ) <br> COMPANY, ) <br> ) <br> Defendants. ) | CASE NO. 1:04-cv-0470-DFH-JMS |

FINAL JUDGMENT

The court having this day entered its findings of fact and conclusions of law, it is hereby ORDERED, ADJUDGED, AND DECREED that plaintiff PRN Associates, Inc. take nothing by its complaint against defendants K&S Enterprises, Inc., Mid-State Surety Corporation, and Folksamerica Reinsurance Company, and that this action is DISMISSED WITH PREJUDICE.

Date: March 27, 2007

_____
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By:  Deputy Clerk

-2-

Copies to:

Sean Thomas Devenney
DREWRY SIMMONS VORNEHM, LLP
sdevenney@drewrysimmons.com

Joseph M. Leone
DREWRY SIMMONS VORNEHM, LLP
jleone@drewrysimmons.com

Thomas A. Pastore
PASTORE & GOODEN
tpastore@pastoregooden.com